Ashlee B. Hesman, No. 012740
STRUCK LOVE ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Tel.: (480) 420-1600
Fax: (480) 420-1695
ahesman@strucklove.com

James E. Harper
Nevada Bar No. 9822
HARPER | SELIM
1935 Village Center Circle
Las Vegas, Nevada 89134
Phone: (702) 948-9240
Fax:    (702) 778-6600
Email: eservice@harperselim.com

*Attorneys for Defendants CoreCivic, Gutierrez, and Jimenez*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Christopher Busby, | Case No. 2:25-cv-01823-JAD-DJA |
| Plaintiff, | |
| v. | **ORDER GRANTING JOINT STIPULATED MOTION TO CONTINUE ORAL ARGUMENT ON PLAINTIFF'S MOTION TO REMAND** |
| CORECIVIC, INC., a foreign corporation; Officer Gutierrez, individually and in his official capacity; Officer Jimenez, individually and in her official capacity; DOES 1 through 10 inclusive; and ROE Corporations 1 through 10, inclusive; | **(First Request)** |
| Defendants. | ECF No. 15 |

Plaintiff Christopher Busby and Defendants CoreCivic, Inc., Officer Gutierrez, and Officer Jimenez stipulate and jointly move to continue the oral argument on Plaintiff's Motion to Remand currently set for December 2, 2025. (Dkt. 13). This is the Parties' first request to continue this oral argument.

Pursuant to LR IA 6-1, the Parties respectfully request and agree that good cause exists for the requested continuance as Defendants' counsel is unavailable on December 2, 2025,

due to pre-scheduled out of state travel. In preparation of requesting this continuance, counsel for the Parties conferred and are available on the following dates for oral argument on Plaintiff's Motion to Remand: December 4, 10, 11, 16–18, 2025.

## Conclusion

For these reasons, the Parties respectfully request that the Court grant their Joint Stipulated Motion and continue the December 2, 2025 oral argument to one of the above dates.

///

///

DATED this 30th day of October 2025.

STRUCK LOVE ACEDO, PLC

By /s/ Ashlee B. Hesman
Ashlee B. Hesman
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
ahesman@strucklove.com

James E. Harper
HARPER | SELIM
1935 Village Center Circle
Las Vegas, NV 89134

*Attorneys for Defendants CoreCivic, Gutierrez, and Jimenez*

H&P LAW

By /s/ Marjorie Hauf (w/permission)
Marjorie Hauf
Matthew G. Pfau
Arun Luckoor
710 S. 9th Street
Las Vegas, Nevada 89101
e-file@courtroomproven.com

*Attorneys for Defendants CoreCivic, Gutierrez, and Jimenez*

ORDER

With good cause appearing, IT IS ORDERED that the joint motion to continue the hearing on the motion to dismiss [ECF No. 15] is GRANTED. The hearing is continued to December 16, 2025, at 1:30 p.m.

_____
U.S. District Judge Jennifer A. Dorsey
October 31, 2025

3